1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANNY BELL,

11              Plaintiff,                    No. CIV S-06-0886 FCD KJM P

12         vs.

13   J. MEJIA, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16              Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff

17   seeks relief pursuant to 42 U.S.C. § 1983.

18              On January 5, 2007, the court ordered the United States Marshal to serve the

19   complaint on defendants.  Process directed to defendant J. Mejia was returned unserved because

20   "no J. Mejia @ Folsom S.P., unable to identify by info in complaint."  Plaintiff must provide

21   additional information to serve this defendant.  Plaintiff shall promptly seek such information

22   through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other

23   means available to plaintiff.  If access to the required information is denied or unreasonably

24   delayed, plaintiff may seek judicial intervention.

25   /////

26   /////

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed April 25, 2006;

2.  Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a.  One completed USM-285 form for each defendant;

    b.  Two copies of the endorsed complaint filed April 25, 2006; and

    c.  One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED:  February 15, 2207.

_____
U.S. MAGISTRATE JUDGE

/bb
bell0886.8e

2

1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANNY BELL,

11            Plaintiff,                    No. CIV S-06-0886 FCD KJM P

12        vs.

13   J. MEIJA, et al.,

14                                          NOTICE OF SUBMISSION

15            Defendants.                   OF DOCUMENTS

16   _____/

17            Plaintiff hereby submits the following documents in compliance with the court's

18   order filed _____:

19            ___1___        completed summons form

20            ___1___        completed USM-285 forms

21            ___2___        copies of the ___April 25, 2006_____
                                           Complaint

22   DATED:

23

24                                          _____
25                                          Plaintiff

26