IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY BELL,

      Plaintiff,                    No. CIV S-06-0886 FCD KJM P

     vs.

J. MEJIA, et al.,

      Defendants.            <u>ORDER</u>

          Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On March 1, 2007, he filed a motion to compel discovery, in part to discover information which would allow him to effectuate service on defendant Mejia. In addition, he also asks that a correctional employee who is not a defendant be compelled to produce documents under the authority of Federal Rule of Civil Procedure 34.

          A request for production of documents should be directed to a party to the litigation. Fed. R. Civ. P. 34(a). Plaintiff's request is not permitted under the rules.

          In addition, after this motion was filed defendant Mejia was served.

          Accordingly, IT IS HEREBY ORDERED that plaintiff's March 1, 2007 motion to compel discovery is denied.

DATED: June 6, 2007.

                                                                    U.S. MAGISTRATE JUDGE

1