IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY BELL,

        Plaintiff,                      No. CIV S-06-0886 FCD KJM P

    vs.

J. MEJIA, et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On July 31, 2007, plaintiff filed a letter, asking for three subpoenas so that he could subpoena the defendants to appear at depositions. On July 31 and August 3, 2006, plaintiff filed notices of depositions and requests for production of documents and some subpoenas on state Judicial Council forms.

        A party proceeding in forma pauperis must tender witness fees and mileage for proper service of any subpoena. Tedder v. Odel, 890 F.2d 210, 211-12 (9th Cir. 1989); 28 U.S.C. § 1915(d); Fed. R. Civ. P. 45(c). There is no indication that plaintiff has tendered witnesses fees with his subpoenas or that the subpoenas have been properly served. Fed. R. Civ. P. 45(b)(1).

        Plaintiff is advised that there is no need to file discovery requests unless and until they are offered in support of a motion to compel discovery. See Discovery Order, filed

1

7/13/2007 ¶ 1. Should plaintiff continue to file discovery requests, he may be subject to sanctions, including dismissal of the case.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's request for subpoenas is denied as moot; and

        2. Document numbers 22, 23, 24, 25, 26, 27, 28 and 29 are stricken from the record.

DATED:  August 10, 2007.

_____
U.S. MAGISTRATE JUDGE

2
bell0886.subp