IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY BELL,

    Plaintiff,                   No. CIV S-06-0886 FCD KJM P

    vs.

J. MEIJA, et al.,

    Defendants.          <u>ORDER</u>

                               /

        In light of the pending motion for summary judgment, defendants' motion to vacate dates for filing pretrial statements, pretrial conference and trial (docket no. 45) is granted and the remaining dates set in the scheduling order (docket no. 19) are hereby vacated.

        IT IS SO ORDERED.

DATED: April 10, 2008.

_____
U.S. MAGISTRATE JUDGE

2
bell0886.vsch

1