1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANNY BELL,

11                Plaintiff,                    No. CIV S-06-0886 FCD KJM P

12        vs.

13   J. MEJIA,

14                Defendant.                    ORDER

15   _____/

16             Plaintiff has requested an extension of time to file and serve objections to the July

17   25, 2008 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED

18   that:

19             1.  Plaintiff's motion for an extension of time (docket no. 48) is granted; and

20             2.  Plaintiff's objections filed with the court on August 18, 2008 are deemed

21   timely.

22   DATED:  August 21, 2008.

23

24                                      _____
                                        U.S. MAGISTRATE JUDGE

25   /ke
     bell0886.36

26