IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY BELL,

        Plaintiff,                      No. CIV S-06-0886 FCD KJM P

    vs.

J. MEJIA,

        Defendant.                <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 6, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections to the findings and recommendations.

        In addition, on July 25, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections to the findings and recommendations.

1

1           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
2    304, this court has conducted a de novo review of this case.  Having carefully reviewed the
3    entire file, the court finds both  findings and recommendations to be supported by the record and
4    by proper analysis.
5           Accordingly, IT IS HEREBY ORDERED that:
6           1. The findings and recommendations filed December 6, 2007 are adopted in full;
7           2. Plaintiff's November 13, 2007 motion for injunctive relief (docket no. 38) is
8    denied;
9           3. The findings and recommendations filed July 25, 2008 are adopted in full;
10          4. Plaintiff's motion for summary judgment (docket no. 39) is denied;
11          5. Defendants' motion for summary judgment (docket no. 32) is granted; and
12          6. The case is closed.
13   DATED: September 2, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2