UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY BELL, | No. 2:06-cv-0886 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| J. MEJA, et al., | |
| Defendants. | |

On February 25, 2014, plaintiff filed a letter asserting that officials at California Medical Facility misappropriated funds in his inmate trust account. This civil rights action was closed on September 3, 2008. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings. If plaintiff seeks to allege that prison officials violated his federal due process rights pursuant to 42 U.S.C. §1983, he may file a separate action to that effect.

Dated: February 27, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE